## WEBB V. FITCH AND CAREY, ADMINISTRATORS OF ELEAZER CARY.

A party cannot be a witness in his own favor, in chancery any more than at law.

Chancery will not relieve against an express statute, where no fraud or accident hath happened.  The Court of Probate may lengthen the time of commissioners on an insolvent estate, provided it does not exceed eighteen months.   Chancery will decree an offset of liquidated debts.

PETITION in chancery; showing, that he gave his note to said Eleazer for £28; that he made payment of nearly the whole of said note to said Cary, and charged it on book; that said Cary's estate was represented insolvent, and commissioners appointed; that he omitted to exhibit his book to the commissioners, by being told by one of the administrators that the payments should be allowed on the note; that said commission is expired, and the administrators have recovered judgment before this court for the whole sum of said note; praying that all parties may be admitted to testify, and that he may be relieved against the judgment on said note, as he is remediless at law.

By the COURT.  The petitioner cannot be admitted to testify; and it not being shown that he is deprived of his due, by any fraud in said administrators, he is equally barred of his remedy in equity as at law; this court cannot resume and ad-

just claims which ought to have been exhibited to, and adjusted by commissioners.

Petitioner withdrew his petition, and replied to the Court of Probate, and had the commission of said commissioners renewed, and exhibited said debt to them, which they allowed, amounting to £10 19s. 2d. lawful money; and then the petitioner applied to this court in September, A. D. 1790, stating the aforesaid facts, and praying for an offset; which was decreed accordingly.